UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISSA MALLOW,

          Plaintiff,

    -against-

MONTEFIORE MEDICAL GROUP,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2021

21 Civ. 556 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In order to allow mediation to take place, ECF No. 17 ¶ 10.b, the initial pretrial conference scheduled for May 25, 2021, is ADJOURNED to **June 29, 2021**, at **11:40 a.m.**

    The parties may, but are not required to, re-submit their joint letter and proposed case management plan by **June 22, 2021**.  ECF No. 4 ¶¶ 4–5.

    SO ORDERED.

Dated: May 19, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge